UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| ALETA THOMPSON and BRIAN JOHNSON, Derivatively on Behalf of STARBUCKS CORPORATION, | ) Case No. ) ) |
| Plaintiffs, | ) ORDER GRANTING PLAINTIFFS ) ALETA THOMPSON AND BRIAN ) JOHNSON'S MOTION TO CONSIDER |
| v. | ) WHETHER ANOTHER PARTY'S ) MATERIAL SHOULD BE SEALED |
| JØRGEN VIG KNUDSTORP, RICHARD E. ALLISON, JR., ANDREW CAMPION, BETH FORD, WEI ZHANG, NEAL MOHAN, DANIEL JAVIER SERVITJE MONTULL, MIKE SIEVERT, LAXMAN NARASIMHAN, RACHEL RUGGERI, MELLODY HOBSON, and SATYA NADELLA, | ) ) ) ) ) ) ) ) ) ) |
| Defendants, | ) ) |
| -and- | ) ) |
| STARBUCKS CORPORATION, a Washington Corporation, | ) ) ) |
| Nominal Defendant. | ) ) |

ORDER GRANTING MOTION TO CONSIDER
WHETHER ANOTHER PARTY'S MATERIAL
SHOULD BE SEALED

Before this Court is plaintiffs Aleta Thompson and Brian Johnson's ("Plaintiffs") Motion to Consider Whether Another Party's Material Should Be Sealed (the "Motion") in connection with their Verified Stockholder Derivative Complaint for Violations of Securities Law, Breach of Fiduciary Duty, Waste of Corporate Assets, and Unjust Enrichment (the "Proposed Complaint").

Under Local Civil Rules 5(g) and 7, and having considered the pleadings and filings herein and such other evidence as may be presented to the Court, IT IS HEREBY ORDERED that:

1. Plaintiffs' Motion is GRANTED;

2. Plaintiffs' filing of the Proposed Complaint shall remain under seal.

IT IS SO ORDERED.

DATED: 26th of May, 2026

_John H. Chun_
John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO CONSIDER
WHETHER ANOTHER PARTY'S MATERIAL
SHOULD BE SEALED