UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| IN RE STARBUCKS CORPORATION STOCKHOLDER DERIVATIVE LITIGATION | ) Lead Case No. 2:24-cv-01720-JHC |
| | ) |
| | ) (Consolidated with Case Nos. 2:24-cv-01979, |
| | ) 2:26-cv-00240, 2:25-cv-02725) |
| This Document Relates to: | ) |
| | ) **STIPULATION AND ORDER** |
| ALL ACTIONS. | ) **CONSOLIDATING RELATED** |
| | ) **SHAREHOLDER DERIVATIVE** |
| | ) **ACTION AND CONTINUING** |
| | ) **DEFENDANTS' RESPONSE THROUGH** |
| | ) **THE APPOINTMENT OF LEAD** |
| | ) **COUNSEL IN THE CONSOLIDATED** |
| | ) **SHAREHOLDER DERIVATIVE** |
| | ) **ACTION** |
| | ) |

[Caption continued on next page.]

STIPULATION AND ORDER CONSOLIDATING
RELATED SHAREHOLDER DERIVATIVE
ACTION AND CONTINUING DEFENDANTS'
RESPONSE THROUGH THE APPOINTMENT OF
LEAD COUNSEL IN THE CONSOLIDATED
SHAREHOLDER DERIVATIVE ACTION

ALETA THOMPSON and BRIAN JOHNSON, ) Case No. 2:26-cv-01510-JHC
Derivatively on Behalf of STARBUCKS )
CORPORATION, )
                                    )
            Plaintiffs,             )
                                    )
    v.                              )
                                    )
JØRGEN VIG KNUDSTORP, RICHARD E.    )
ALLISON, JR., ANDREW CAMPION, BETH  )
FORD, WEI ZHANG, NEAL MOHAN,        )
DANIEL JAVIER SERVITJE MONTULL,     )
MIKE SIEVERT, LAXMAN NARASIMHAN,    )
RACHEL RUGGERI, MELLODY HOBSON,     )
and SATYA NADELLA,                  )
                                    )
            Defendants,             )
                                    )
    -and-                           )
                                    )
STARBUCKS CORPORATION, a            )
Washington Corporation,             )
                                    )
            Nominal Defendant.      )
                                    )

STIPULATION AND ORDER CONSOLIDATING
RELATED SHAREHOLDER DERIVATIVE
ACTION AND CONTINUING DEFENDANTS'
RESPONSE THROUGH THE APPOINTMENT OF
LEAD COUNSEL IN THE CONSOLIDATED
SHAREHOLDER DERIVATIVE ACTION

Plaintiffs Katherine King ("Plaintiff King"), Portia McCollum ("Plaintiff McCollum"), Ashley Ross ("Plaintiff Ross"), Rosa Marquez ("Plaintiff Marquez"), Rebecca Leigh Hayashi ("Plaintiff Hayashi"), Aleta Thompson and Brian Johnson ("Plaintiffs Thompson and Johnson") (collectively, the "Plaintiffs"); defendants Jørgen Vig Knudstorp, Richard E. Allison, Jr., Andrew Campion, Beth Ford, Wei Zhang, Neal Mohan, Daniel Javier Servitje Montull, Mike Sievert, Laxman Narasimhan, Rachel Ruggeri, Mellody Hobson, and Satya Nadella; and nominal defendant Starbucks Corporation ("Starbucks" or the "Company") (the "Defendants") (together with the Plaintiffs, the "Parties"), hereby stipulate and agree, subject to Court approval, to consolidate *Thompson, et al. v. Starbucks, et al.*, No. 2:26-cv-01510-JHC (W.D. Wash.) (the "*Thompson* Action") (*Thompson* Action, ECF No. 1), with *In re Starbucks Corporation Stockholder Derivative Litigation*, No. 2:24-cv-01720-JHC (W.D. Wash.) (the "Consolidated Derivative Action"), as set forth below:

WHEREAS, on January 3, 2025, (i) *King v. Narasimhan, et al.*, No. 2:24-cv-01720-JHC (W.D. Wash.) (the "*King* Action"), and (ii) *McCollum v. Narasimhan, et al.*, No. 2:24-cv-01979-JHC (W.D. Wash.) (the "*McCollum* Action"), were consolidated pursuant to the Stipulation and Order Consolidating Related Shareholder Derivative Actions and Appoint Co-Lead Counsel for Plaintiffs (*King* Action, ECF No. 14) (the "First Consolidation Order");

WHEREAS, on December 16, 2025, Plaintiff Ross filed a related verified shareholder derivative complaint on behalf of Starbucks, captioned *Ross v. Narasimhan, et al.*, No. 2-25-cv-02584-JHC (W.D. Wash.) (the "*Ross* Action") (*Ross* Action, ECF No. 1);

WHEREAS, on December 30, 2025, Plaintiff Marquez filed a related verified shareholder derivative complaint on behalf of the Company, captioned *Marquez v. Narasimhan, et al.*, No. 2:25-cv-02725-JHC (W.D. Wash.) (the "*Marquez* Action") (*Marquez* Action, ECF No. 1);

WHEREAS, on January 22, 2026, Plaintiff Hayashi filed a related verified shareholder derivative complaint on behalf of Starbucks, captioned *Hayashi v. Narasimhan, et al.*, No. 2:26-cv-00240-JHC (W.D. Wash.) (the "*Hayashi* Action") (*Hayashi* Action, ECF No. 1);

STIPULATION AND ORDER CONSOLIDATING    - 1 -
RELATED SHAREHOLDER DERIVATIVE
ACTION AND CONTINUING DEFENDANTS'
RESPONSE THROUGH THE APPOINTMENT OF
LEAD COUNSEL IN THE CONSOLIDATED
SHAREHOLDER DERIVATIVE ACTION

WHEREAS, on January 29, 2026, Aleta Thompson and Brian Johnson filed a Proposed Intervenors' Joinder to Plaintiffs Ashley Ross and Rosa Marquez's Motion to: (1) Vacate Leadership Order, ECF No. 14; and (2) Enter Scheduling Order for Leadership Briefing; And Motion for Intervention (Consolidated Derivative Action, ECF Nos. 26);

WHEREAS, on May 4, 2026, the *Hayashi* Action through a Stipulation and Order Consolidating Related Shareholder Derivative Action, was consolidated with the Consolidated Derivative Action (Consolidated Derivative Action, ECF No. 48);

WHEREAS, on May 4, 2026, Plaintiffs Thompson and Johnson filed a related verified shareholder derivative complaint alleging similar facts in support of similar claims for breach of fiduciary duty, waste of corporate assets, and unjust enrichment as are alleged in the matters comprising the Consolidated Derivative Action, captioned *Thompson, et al. v. Starbucks, et al.*, No. 2:26-cv-01510-JHC (W.D. Wash.) (the "*Thompson* Action") (*Thompson* Action, ECF No. 1);

WHEREAS, on May 6, 2026, the *Thompson* Action was reassigned to Judge John H. Chun for all further proceedings pursuant to the notice of related cases;

WHEREAS, on May 26, 2026, the *Ross* Action was consolidated with the Consolidated Derivative Action pursuant to the Stipulation and Order Accepting Service and Continuing Defendants' Response Through the Resolution of Ashley Ross and Rosa Marquez's Pending Motion in Consolidated Action To: (1) Vacate the Leadership Order, ECF No. 14 and (2) Enter Scheduling Order for Leadership Briefing (Consolidated Derivative Action, ECF No. 49);

WHEREAS, on May 26, 2026, the *Marquez* Action was consolidated with the Consolidated Derivative Action pursuant to the Stipulation and Order Accepting Service and Continuing Defendants' Response Through the Resolution of Ashley Ross and Rosa Marquez's Pending Motion in Consolidated Action to: (1) Vacate the Leadership Order, ECF No. 14 and (2) Enter Scheduling Order for Leadership Briefing (Consolidated Derivative Action, ECF No. 50);

STIPULATION AND ORDER CONSOLIDATING
RELATED SHAREHOLDER DERIVATIVE
ACTION AND CONTINUING DEFENDANTS'
RESPONSE THROUGH THE APPOINTMENT OF
LEAD COUNSEL IN THE CONSOLIDATED
SHAREHOLDER DERIVATIVE ACTION

- 2 -

WHEREAS, on May 27, 2026, the Court in the Consolidated Derivative Action issued an order: (1) granting *Ross* and *Marquez*'s Motion to Vacate and directing any counsel wishing to lead the Consolidated Action to submit motions for leadership within 30 days; and (2) denying Proposed Intervenors' Motion to Intervene (Consolidated Derivative Action, ECF No. 51);

WHEREAS, Rule 42(a) of the Federal Rules of Civil Procedure provides that, "[i]f actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay" ("Rule 42(a)");

WHEREAS, the First Consolidation Order provides that it applies to "each related shareholder derivative action involving the same or substantially the same allegations, claims, and defendants, and arising out of the same, or substantially the same, transactions or events as the Consolidated Derivative Action, that is subsequently filed in, removed to, reassigned to, or transferred to this Court";

WHEREAS, consolidation of the *Thompson* Action into the Consolidated Derivative Action would serve the interests of efficiency and conservation of judicial resources by obviating a duplicative motion for intervention under Federal Rule of Civil Procedure 24(c); and

WHEREAS, the Parties have met and conferred and agree that consolidation of the *Thompson* Action into the Consolidated Derivative Action is appropriate under the applicable legal standard as applied by the Court in the First Consolidation Order.

IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, by their undersigned counsel, subject to approval of the Court, as follows:

1.    The *Thompson* Action is hereby consolidated with the Consolidated Derivative Action for all purposes, including pretrial proceedings and trial, under lead case number 2:24-cv-01720-JHC (W.D. Wash.) (the "Consolidated Derivative Action")

STIPULATION AND ORDER CONSOLIDATING    - 3 -
RELATED SHAREHOLDER DERIVATIVE
ACTION AND CONTINUING DEFENDANTS'
RESPONSE THROUGH THE APPOINTMENT OF
LEAD COUNSEL IN THE CONSOLIDATED
SHAREHOLDER DERIVATIVE ACTION

2.    Every pleading filed in the Consolidated Derivative Action, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE STARBUCKS CORPORATION DERIVATIVE LITIGATION _____ This Document Relates To: ALL ACTIONS. | ) ) ) ) ) ) ) ) ) ) ) |

Lead Case No. 2:24-cv-01720-JHC

(Consolidated with Case Nos. 2:24-cv-01979, 2:26-cv-00240, 2:25-cv-02584, 2:26-cv-01510)

3.    All papers filed in connection with the Consolidated Action shall be maintained in one file under Master File No. 2:24-cv-01720-JHC.

4.    Defendants' deadline to answer, move against, or otherwise respond to the complaint in the Thompson Action shall be held in abeyance until leadership for plaintiffs is appointed by the Court.

5.    Within fourteen (14) days of the Court's appointment of lead counsel, Defendants shall meet and confer with the Court-appointed lead counsel and submit a proposed schedule the Court.

6.    The Parties reserve any and all claims, defenses, arguments, motions, or any requests for relief that would otherwise be available.

**IT IS SO STIPULATED.**

Dated: June 12, 2026

**TOWNSEND LEGAL, PLLC**

By: /s/ *Roger M. Townsend*
Roger M. Townsend, WSBA# 25525
380 Winslow Way, Suite 200
Bainbridge Island, WA 98110
Telephone: (206) 761-2480
Facsimile: (206) 455-9555
E-mail: roger@townsendlegal.com

Dated: June 12, 2026

**ROBBINS LLP**

STIPULATION AND ORDER CONSOLIDATING RELATED SHAREHOLDER DERIVATIVE ACTION AND CONTINUING DEFENDANTS' RESPONSE THROUGH THE APPOINTMENT OF LEAD COUNSEL IN THE CONSOLIDATED SHAREHOLDER DERIVATIVE ACTION

- 4 -

By: /s/ *Shane P. Sanders*
Brian J. Robbins
Craig W. Smith
Shane P. Sanders
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsllp.com
        csmith@robbinsllp.com
        ssanders@robbinsllp.com

*Attorneys for Aleta Thompson and Brian Johnson*

Dated: June 12, 2026           **BADGLEY MULLINS TURNER PLLC**

By: /s/ *Duncan Calvert Turner*
Duncan Calvert Turner
19910 50th Avenue West, Suite 103
Lynwood, WA 98036
Telephone: (206) 621-6566
Facsimile: (206) 621-9686
E-mail: dturner@badgleymullins.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
Saadia Hashmi
Sarah Maneval
1350 Avenue of the Americas, Suite 1200
New York, NY 10019
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
E-mail: tbrown@thebrownlawfirm.net
        shashmi@thebrownlawfirm.net
        smaneval@thebrownlawfirm.net

*Attorney for Katherine King*

Dated: June 12, 2026           **CORR CRONIN LLP**

By: /s/ *Colin M. George*
Colin M. George
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Telephone: (206) 625-8600
E-mail: cgeorge@corrcronin.com

**THE ROSEN LAW FIRM, PA**

STIPULATION AND ORDER CONSOLIDATING
RELATED SHAREHOLDER DERIVATIVE
ACTION AND CONTINUING DEFENDANTS'
RESPONSE THROUGH THE APPOINTMENT OF
LEAD COUNSEL IN THE CONSOLIDATED
SHAREHOLDER DERIVATIVE ACTION

- 5 -

Phillip C. Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 626-1060
Facsimile: (212) 202-3827
E-mail: philkim@rosenlegal.com

*Attorneys for Ashley Ross*

Dated: June 12, 2026

**CORR CRONIN LLP**

By: /s/ *Colin M. George*
Colin M. George
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Telephone: (206) 625-8600
E-mail: cgeorge@corrcronin.com

**GLANCY PRONGAY WOLKE & ROTTER LLP**
Benjamin Isaac Sachs-Michaels
745 5th Avenue, 5th Floor
New York, NY 10151
Telephone: (212) 935-7400
E-mail: bsachsmichaels@glancylaw.com

*Attorneys for Rosa Marquez*

Dated: June 12, 2026

**BADGLEY MULLINS TURNER PLLC**

By: /s/ *Duncan Calvert Turner*
Duncan Calvert Turner
19910 50th Avenue West, Suite 103
Lynwood, WA 98036
Telephone: (206) 621-6566
Facsimile: (206) 621-9686
E-mail: dturner@badgleymullins.com

**RIGRODSKY LAW, P.A.**
Seth D. Rigrodsky
Vincent A. Licata
Leah Wihtelin
225 Broadway, Suite 3707
New York, NY 10007
Telephone: (212) 201-7691
E-mail: sdr@rl-legal.com
          vl@rl-legal.com
          lw@rl-legal.com

STIPULATION AND ORDER CONSOLIDATING
RELATED SHAREHOLDER DERIVATIVE
ACTION AND CONTINUING DEFENDANTS'
RESPONSE THROUGH THE APPOINTMENT OF
LEAD COUNSEL IN THE CONSOLIDATED
SHAREHOLDER DERIVATIVE ACTION

- 6 -

*Attorney for Portia McCollum*

Dated: June 12, 2026

**TOMLINSON BOMSZTYK RUSS**

By: /s/ *David Vaz*
David Vaz
1000 Second Avenue, Suite 3660
Telephone: (206) 621-1871
E-mail: dv@tbr-law.com

**KUEHN LAW PLLC**
Justin A. Kuehn
53 Hill Street, Suite 605
Southampton, NY 11968
Telephone: (833) 672-0814
E-mail: justin@kuehn.law

*Attorneys for Rebecca Leigh Hayashi*

Dated: June 12, 2026

**K&L GATES LLP**

By: /s/ *Kari L. Vander Stoep*
Kari L. Vander Stoep, WBSA #35923
Tyler K. Lichter, WSBA # 51090
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104-1158
Telephone: (206) 623-7580
Facsimile: (206) 623- 7022
E-mail: Kari.Vanderstoep@klgates.com
        Tyler.Lichter@klgates.com

**LATHAM & WATKINS LLP**
Whitney B. Weber (*pro hac vice* forthcoming)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415 391-0600
E-mail: Whitney.weber@lw.com

Andrew B. Clubok (*pro hac vice* forthcoming)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-3309
Facsimile: (202) 637-2201
E-mail: Andrew.clubok@lw.com

STIPULATION AND ORDER CONSOLIDATING RELATED SHAREHOLDER DERIVATIVE ACTION AND CONTINUING DEFENDANTS' RESPONSE THROUGH THE APPOINTMENT OF LEAD COUNSEL IN THE CONSOLIDATED SHAREHOLDER DERIVATIVE ACTION

- 7 -

Michele D. Johnson (*pro hac vice* forthcoming)
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: (714) 540-1235
Facsimile: (755) 540-8290
E-mail: Michele.johnson@lw.com

*Counsel for Defendants*

STIPULATION AND ORDER CONSOLIDATING    - 8 -
RELATED SHAREHOLDER DERIVATIVE
ACTION AND CONTINUING DEFENDANTS'
RESPONSE THROUGH THE APPOINTMENT OF
LEAD COUNSEL IN THE CONSOLIDATED
SHAREHOLDER DERIVATIVE ACTION

## ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: June 12, 2026.

_John H. Chun_
John H. Chun
United States District Judge

STIPULATION AND ORDER CONSOLIDATING    - 9 -
RELATED SHAREHOLDER DERIVATIVE
ACTION AND CONTINUING DEFENDANTS'
RESPONSE THROUGH THE APPOINTMENT OF
LEAD COUNSEL IN THE CONSOLIDATED
SHAREHOLDER DERIVATIVE ACTION